# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

**JAMES N. HATTEN**
DISTRICT COURT EXECUTIVE/CLERK OF COURT

April 27, 2011

Samuel Robinson Arden
Jill R. Johnson
Hartman Simons & Wood LLP
6400 Powers Ferry Road, N.W.
Suite 400
Atlanta, GA 30339

    Re:    *CedarCreston, Inc. v. Westaff (USA),Inc.*
           Civil Action File No. 1:09-cv-1740-HTW

    At the Court's direction, all sealed documents in the referenced case have been converted to electronic format. These documents remain sealed and are only accessible by designated court staff.

    Please review the docket sheet for this case and inform us in writing whether we may destroy the paper sealed documents. If you wish to retain the paper documents, you may also inform us of the arrangements for their retrieval. If we do not hear from you within 14 days, we will destroy the paper documents.

    Thank you for your timely consideration and response to this matter.

                                Sincerely,

                                James N. Hatten
                                District Court Executive/Clerk of Court

                By:    s/Barbara D. Boyle
                         Deputy Clerk